Mark K. Silver
COUGHLIN DUFFY LLP
350 Mt. Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962
(973) 267-0058

Robert R. Vieth (*Of Counsel*)
Erin M. Watkins (*Of Counsel*)
COOLEY LLP
One Freedom Square – Reston Town Center
11951 Freedom Drive
Reston, Virginia  20190
(703) 456-8000

*Attorneys for Animal Welfare Institute*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NADINE HEMY and NANCY CONNER, *individually and on behalf of themselves and all others similarly situated*, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>PERDUE FARMS, INC., ABC CORPORATIONS 1 through 10 and JOHN DOES 1 through 10, <br><br>　　　　　Defendants. | Civil Action No.: 3:11-cv-00888-FLW-LHG <br><br>**ANIMAL WELFARE INSTITUTE'S NOTICE OF MOTION TO INTERVENE AND STAY** <br><br>(Document Filed Electronically) |

TO:
David M. Wacksman
777 Terrace Avenue
Third Floor
Hasbrouck Heights, NJ 07601

Edward P. Boyle
Michael C. Hartmere
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fifth Floor
New York, NY  10020

| | |
|---|---|
| Jonathan K. Tycko | Kathryn J. Levy |
| Jeffrey D. Kaliel | The Humane Society of the United States |
| Tycko & Zavareei LLP | 2100 L Street, N.W. |
| 2000 L Street, N.W. | Washington, DC 20037 |
| Suite 808 | |
| Washington, DC 20036 | |
| | |
| Liza M. Walsh | Roger A. Colaizzi |
| Rukhsanah L. Lighari | David D. Conway |
| Connell Foley LLP | Venable LLP |
| 85 Livingston Avenue | 575 7th Street, N.W. |
| Roseland, NJ  07068 | Washington, DC  20004 |

PLEASE TAKE NOTICE that on September 6, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Animal Welfare Institute ("AWI") shall move in the United States District Court for the District of New Jersey for an Order allowing AWI to intervene in this matter and staying this case for sixty days.

PLEASE TAKE FURTHER NOTICE that in support of this motion, the undersigned relies on the accompanying Memorandum of Law in Support of Animal Welfare Institute's Motion to Intervene and Stay.

PLEASE TAKE FURTHER NOTICE that Oral Argument is requested if this motion is opposed.

| | |
|---|---|
| Dated: August 4, 2011 | Respectfully submitted, |
| | |
| | */s/Mark K. Silver* |
| | Mark K. Silver, Esq. |
| | COUGHLIN DUFFY LLP |
| | 350 Mt. Kemble Avenue |
| | P.O. Box 1917 |
| | Morristown, NJ 07962 |
| | Telephone: (973) 267-0058 |
| | Facsimile: (973) 267-6442 |
| | msilver@coughlinduffy.com |

        Robert R. Vieth (*Of Counsel*)
        Erin M. Watkins (*Of Counsel*)
        COOLEY LLP
        11951 Freedom Drive
        Reston, Virginia 0190-5656
        Telephone:  (703) 456-8000
        Facsimile:  (703) 456-8100
        rvieth@cooley.com
        eestevez@cooley.com

        *Counsel for Animal Welfare Institute*

*366302_1*