IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NADINE HEMY and NANCY CONNER, *individually and on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PERDUE FARMS INC., ABC CORPORATIONS 1 through 10, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 3:11-888 (MAS/LHG)<br><br>*Filed Electronically* |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the undersigned attorneys of record in this action hereby stipulate and agree that all claims in this action be and hereby are dismissed with prejudice, without costs to any party as against another.

It is further stipulated and agreed that this stipulation may be executed in any number of counterparts, all of which counterparts, taken together, shall constitute the same instrument.

It is further stipulated and agreed that a facsimile of this executed stipulation shall be treated as the original for all purposes.

| | |
|---|---|
| DAVID M. WACKSMAN, ESQ., LLC<br><br>By: *S/David M. Wacksman*<br>David M. Wacksman<br>777 Terrace Ave<br>Suite 303<br>Hasbrouck Heights, N.J. 07604<br>Tel.: 201-266-0620<br>Fax: 201-462-9501 | CONNELL FOLEY LLP<br><br>By: *S/Liza M. Walsh*<br>Liza M. Walsh<br>85 Livingston Ave<br>Roseland, N.J. 07068<br>Tel.: 973-535-0500<br>Fax: 973-535-9217 |

TYCKO & ZAVEREEI LLP
By: *S/Jonathan Tycko*
Jonathan K. Tycko
2000 L. Street, N.W., Suite 808
Washington, D.C. 20036
Tel.: 202-973-0900
Fax: 202-873-0950
Email: jtycko@tzlegal.com

*Attorneys for Plaintiffs*

VENABLE LLP
By: *S/Roger Colaizzi*
Roger A. Colaizzi
575 Seventh Avenue, N.W.
Washington, D.C. 20004
Tel.: 202-344-8051
Fax: 202-344-8300
Email: racolaizzi@venable.com

*Attorneys for Defendant Perdue Farms Inc.*

**SO ORDERED**:

This 23rd day of October, 2014.

_____
Honorable Michael A. Shipp, U.S.D.J.